IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, an Illinois company,<br><br>Plaintiff,<br><br>v.<br><br>RAPID FIRE PROTECTION, INC., a South Dakota corporation<br><br>Defendant. | Case No. 23-cv-00070-SWS-SAH |

**ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO WYO. FED. R. CIV. P. 41(a)(1)(A)(ii)**

THIS MATTER, having come before the Court upon Plaintiff, American Guarantee & Liability Insurance Company, and Defendant, Rapid Fire Protection, Inc.'s Stipulation for Voluntary Dismissal with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court being fully advised and for good cause shown, hereby **GRANTS** the voluntary dismissal of all of the Plaintiffs' claims against Defendant, Rapid Fire Protection, Inc., with prejudice, with each party bearing its own costs and attorney fees.

DATED this 13th day of March 2024.

Honorable Scott W. Skavdahl
Chief District Court Judge